UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

DUSTIN MILLER,

        Plaintiff,

v.                                        Case No. 1:23-CV-00930 KG-JFR

SAFECO INSURANCE COMPANY
OF AMERICA, et al.,

        Defendants.

## ORDER REMANDING CASE TO STATE DISTRICT COURT

Having determined this Court lacks subject matter jurisdiction in this lawsuit by a Memorandum Opinion and Order (Doc. 20) entered contemporaneously with this Order of Remand,

IT IS ORDERED that the Clerk shall remand this case to the Second Judicial District Court, County of Bernalillo, New Mexico.

                                                                                    _____
                                                                                     UNITED STATES DISTRICT JUDGE